**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Ramon CARRENO-OCHOA,**
**Defendant-Appellant.**

**No. 17-10035**

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted January 16, 2018 *

Filed January 19, 2018

Krissa Marie Lanham, DOJ-USAO, Phoenix, AZ, for Plaintiff-Appellee

Ramon Carreno-Ochoa, Pro Se

Before: REINHARDT, TROTT, and HURWITZ, Circuit Judges.

## MEMORANDUM **

Ramon Carreno-Ochoa appeals from the district court's judgment and challenges his guilty-plea conviction and 63-month sentence for assault of a federal officer resulting in bodily injury, in violation of 18 U.S.C. §§ 111(a) and (b), 1114. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Carreno-Ochoa's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Carreno-Ochoa has filed a pro se supplemental brief. No answering brief has been filed.

Carreno-Ochoa waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

We decline to address on direct appeal Carreno-Ochoa's pro se claim of ineffective assistance of counsel. *See United States v. Rahman*, 642 F.3d 1257, 1259-60 (9th Cir. 2011).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**